HORAN,JURY

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:26−cv−02159−K

| | |
|---|---|
| Katasi LLC v. State Farm Automobile Insurance Company<br>Assigned to: Judge Ed Kinkeade<br>Cause: 35:145 Patent Infringement | Date Filed: 06/29/2026<br>Jury Demand: Plaintiff<br>Nature of Suit: 830 Property Rights: Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Katasi LLC**<br>*TERMINATED: 08/06/2026* | represented by | **Christopher M Joe**<br>Buether Joe & Counselors LLC<br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, TX 75201<br>214−466−1272<br>Fax: 214−635−1828<br>Email: Chris.Joe@bjciplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Michael William Doell**<br>Buether Joe & Counselors LLC<br>1700 Pacific Ave<br>Suite 4750<br>Dallas, TX 75201<br>214−466−1274<br>Fax: 214−635−2992<br>Email: mike.doell@bjciplaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Plaintiff**

| | | |
|---|---|---|
| **Katasi Inc**<br>*as Successor by conversion from Katasi LLC* | represented by | **Christopher M Joe**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Michael William Doell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

V.

**Defendant**

| | | |
|---|---|---|
| **State Farm Automobile Insurance Company** | represented by | **Christopher J Schwegmann**<br>Lynn Pinker Hurst & Schwegmann LLP |

2100 Ross Avenue, Suite 2700
Dallas, TX 75201
214−981−3800
Fax: 214−981−3839
Email: cschwegmann@lynnllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2026 | Ï 1 | COMPLAINT WITH JURY DEMAND against State Farm Automobile Insurance Company filed by Katasi, LLC. (Filing fee $405; Receipt number ATXNDC−16572698) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information − Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Cover Sheet) (Joe, Christopher) (Entered: 06/29/2026) |
| 06/29/2026 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Katasi, LLC. (Clerk QC note: No affiliate entered in ECF). (Joe, Christopher) (Entered: 06/29/2026) |
| 06/29/2026 | Ï 3 | NOTICE of Attorney Appearance by Michael William Doell on behalf of Katasi, LLC. (Filer confirms contact info in ECF is current.) (Doell, Michael) (Entered: 06/29/2026) |
| 06/29/2026 | Ï | Case Reassigned to Judge Ed Kinkeade. Senior Judge Jane J Boyle no longer assigned to the case per Special Order 3. (kxm) (Entered: 06/30/2026) |
| 06/29/2026 | Ï 4 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (kxm) (Entered: 06/30/2026) |
| 06/30/2026 | Ï 5 | Report to Patent/Trademark Office of Initiating Document. Form AO 120 e−mailed to notice_of_suit@uspto.gov. (kxm) (Entered: 06/30/2026) |
| 06/30/2026 | Ï 6 | Summons Issued as to State Farm Automobile Insurance Company. (kxm) (Entered: 06/30/2026) |
| 06/30/2026 | Ï 7 | ELECTRONIC STANDING ORDER: This Court requires all counsel of record to review and comply with the undersigned's Judge Specific Requirements as well as the Local Civil Rules for the Northern District of Texas upon making an appearance in a matter before this Court. These can be found at Judge Specific Requirements and Local Civil Rules . Further, counsel shall refer to this Court's Judge Specific Requirements and the Local Civil Rules prior to calling chambers with any questions.<br><br>The Court calls specific attention to Local Civil Rule 7.2(f), which addresses the disclosure of the use of generative artificial intelligence, and Local Civil Rule 83.10, which address the requirement of local counsel. (Ordered by Judge Ed Kinkeade on 6/30/2026) (chmb) (Entered: 06/30/2026) |
| 06/30/2026 | Ï 8 | ORDER: This Order governs requests to file materials in this case under seal. (Ordered by Judge Ed Kinkeade on 6/30/2026) (chmb) (Entered: 06/30/2026) |

| | | |
|---|---|---|
| 07/14/2026 | Ï 9 | SUMMONS Returned Executed as to State Farm Automobile Insurance Company ; served on 7/10/2026. (Joe, Christopher) (Entered: 07/14/2026) |
| 07/27/2026 | Ï 10 | Unopposed Motion for Extension of Time to File Answer filed by State Farm Automobile Insurance Company Attorney Christopher J Schwegmann added to party State Farm Automobile Insurance Company(pty:dft) (Schwegmann, Christopher) (Entered: 07/27/2026) |
| 07/28/2026 | Ï 11 | ELECTRONIC ORDER:<br><br>Before the Court is Defendant State Farm Automobile Insurance Company's Unopposed Motion to Extend Deadline to Answer or Otherwise Respond (Doc. No. 10). Having carefully considered the Motion, the Court finds good cause for the requested extension of time and, therefore, **GRANTS** the Motion. Defendant shall answer or otherwise respond **by August 31, 2026**.<br><br>(Ordered by Judge Ed Kinkeade on 7/28/2026) (chmb) (Entered: 07/28/2026) |
| 08/06/2026 | Ï 12 | AMENDED COMPLAINT WITH JURY DEMAND against State Farm Automobile Insurance Company filed by Katasi LLC. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information − Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E) (Joe, Christopher) (Entered: 08/06/2026) |
| 08/28/2026 | Ï 13 | Unopposed MOTION to Transfer Case out of District/Division filed by State Farm Automobile Insurance Company (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Schwegmann, Christopher) (Entered: 08/28/2026) |
| 08/28/2026 | Ï 14 | Unopposed Motion for Extension of Time to File Answer *to Plaintiff 1st Amended Complaint* filed by State Farm Automobile Insurance Company (Schwegmann, Christopher) (Entered: 08/28/2026) |
| 09/01/2026 | Ï 15 | ELECTRONIC ORDER granting 14 Unopposed Motion for Extension of Time to File Answer. State Farm Automobile Insurance Company answer due 9/14/2026. (Ordered by Judge Ed Kinkeade on 9/1/2026) (chmb) (Entered: 09/01/2026) |
| 09/01/2026 | Ï 16 | ELECTRONIC ORDER TRANSFERRING CASE − Before the Court is Defendant's Unopposed Motion to Transfer case to the Sherman Division of Eastern District of Texas (13). The motion is GRANTED. This case is Transferred to the Sherman Division of Eastern District of Texas. (Ordered by Judge Ed Kinkeade on 9/1/2026) (chmb) (Entered: 09/01/2026) |